### STATE v. ELIJAH HARRIS AND JAMES WALL.

(Filed 27 April, 1927.)

APPEAL by defendants from *Finley, J.,* and a jury, at September Term, 1926, of ANSON. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*No counsel for defendants.*

PER CURIAM. The defendants made exceptions and assignments of error, but filed no brief. From an examination of the entire record, we can discover no error. Before the argument, defendants filed a written motion for a new trial on the ground of newly discovered evidence. In criminal cases this Court never entertains a motion of this kind. *S. v. Griffin,* 190 N. C., p. 133, and cases cited.

There is
No error.

### STATE v. J. W. HUGHES.

(Filed 27 April, 1927.)

APPEAL by State from *Bond, J.,* at January Term, 1927, of NEW HANOVER. Reversed.

*Attorney-General Brummitt and Assistant Attorneys-General Nash and Burgwyn for the State.*
*Wright & Stevens for defendant.*

PER CURIAM. We have carefully considered the facts as set forth in the special verdict in this case. We think the ordinance valid under the authority of *Express Co. v. Charlotte,* 186 N. C., p. 668. *S. v. Denson,* 189 N. C., p. 173. 3 C. S., 2612 (a) (Public Laws 1921, ch. 2, sec. 29), is the law now in force under which the *Express Co. case, supra,* was decided and the ordinance in the present case adopted. The case of *S. v. Jones,* 191 N. C., p. 371, is not in conflict. See *Thompson v. Lumberton,* 182 N. C., p. 260.

The judgment of the court below is
Reversed.